UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVARIOL MARQUAVIS TAYLOR
#940436,

    Plaintiff,

v.

UNKNOWN BUSH, et al.,

    Defendants.
_____/

Case No. 2:24-cv-105

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Bush and Hares filed a motion for summary judgment. Defendants Faulk and Bourdreau filed a motion to revoke Plaintiff's *in forma pauperis* ("IFP") status. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 6, 2025, recommending that this Court deny the motion for summary judgment and grant the motion to revoke IFP status. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 17) is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Revoke IFP Status (ECF No. 20) is GRANTED.  Plaintiff IFP status is REVOKED.  Plaintiff shall pay the $405.00 filing fee within 30 days of the date of this order.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated:  July 15, 2025                                                         /s/  Paul L. Maloney
                                                                                              Paul L. Maloney
                                                                                              United States District Judge