UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVARIOL MARQUAVIS TAYLOR
#940436,

    Plaintiff,

v.

UNKNOWN BUSH, et al.,

    Defendants.
_____/

Case No. 2:24-cv-105

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the order of dismissal entered on today's date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  August 27, 2025            /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge